**Opinion issued August 3, 2017**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-17-00469-CV

————————————

## IN RE JACQUELINE LEE FEIN, Relator

———————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————

## MEMORANDUM OPINION

Relator, Jacqueline Lee Fein, filed a petition for a writ of mandamus seeking to compel the respondent to vacate a ruling denying relator's motion for continuance and to compel respondent to enter an order protecting her from trial during her counsel's designated vacation period.[1]  This Court granted relator's emergency

---

[1]  The underlying case is *In the Matter of the Marriage of Steven A. Fein, M.D. and Jacqueline Fein*, Cause No. 2015-34798, pending in the 245th District Court, Harris County, Texas, the Honorable Roy L. Moore presiding.

motion to stay the trial pending resolution of her petition, and requested a response by any real party in interest.

Real party in interest Steven A. Fein, M.D. filed a response to the petition. Relator subsequently filed an "Emergency Motion to Lift Stay for Limited Purpose of Filing Motion to Enforce," Dr. Fein filed a response, and relator a reply.

Relator's counsel's vacation period has passed. Accordingly, we **lift** this Court's stay, and **deny** the petition as moot. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Massengale.